| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: VW Credit Leasing, Ltd. | |

Order Filed on April 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Janet E. Tapper,

    Debtor.

Case No: 17-11247-CMG

Chapter: 13

Judge: Christine M. Gravelle

# CONSENT ORDER REINSTATING AUTOMATIC STAY& ASSUMING LEASE

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 25, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:      Janet E. Tapper
Case No.:    17-11247-CMG
Caption:     **CONSENT ORDER REINSTATING AUTOMATIC STAY & ASSUMING LEASE**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd.,, upon a consent order to reinstate the automatic stay and assume the lease as to a 2016 VW Jetta Sedan, VIN # 3VW267AJ9GM408590, and with the consent of Arnold Schlisserman, Esq., counsel for the Debtor, Janet E. Tapper,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2016 VW Jetta Sedan, VIN # 3VW267AJ9GM408590 is hereby reinstated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Order Vacating Stay entered April 7, 2017 (#16 on the docket) is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that subject lease is hereby assumed.

I hereby agree and consent to the above terms and conditions:        Dated:   4/12/17


*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR


I hereby agree and consent to the above terms and conditions:        Dated:   4/11/17


*/s/ Arnold Schlisserman*
ARNOLD SCHLISSERMAN, ESQ., ATTORNEY FOR DEBTOR