| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: VW Credit Leasing, Ltd. | Order Filed on April 25, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Janet E. Tapper,<br><br>　　　Debtor. | Case No:　17-11247-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

### CONSENT ORDER REINSTATING AUTOMATIC STAY& ASSUMING LEASE

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 25, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:      Janet E. Tapper
Case No.:    17-11247-CMG
Caption:     **CONSENT ORDER REINSTATING AUTOMATIC STAY & ASSUMING LEASE**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd.,, upon a consent order to reinstate the automatic stay and assume the lease as to a 2016 VW Jetta Sedan, VIN # 3VW267AJ9GM408590, and with the consent of Arnold Schlisserman, Esq., counsel for the Debtor, Janet E. Tapper,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2016 VW Jetta Sedan, VIN # 3VW267AJ9GM408590 is hereby reinstated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Order Vacating Stay entered April 7, 2017 (#16 on the docket) is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that subject lease is hereby assumed.

I hereby agree and consent to the above terms and conditions:        Dated:  4/12/17

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:  4/11/17

*/s/ Arnold Schlisserman*
ARNOLD SCHLISSERMAN, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Janet E Tapper  
     Debtor  

Case No. 17-11247-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 25, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.  
db         +Janet E Tapper,   168 Arrowwood Ct.,   Red Bank, NJ 07701-6719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Arnold R. Schlisserman    on behalf of Debtor Janet E Tapper aschlisserman@aschlisserman.com,  
          aschlisserman@aschlisserman.com  
         Denise E. Carlon    on behalf of Creditor  VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                      TOTAL: 4