UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
VW Credit Leasing, Ltd.

**Order Filed on December 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

     Janet Tapper,

Debtor.

Case No.:  17-11247-CMG

Adv. No.:

Hearing Date:  12/6/17 @ 9:00 a.m.

Judge:  Christine M. Gravelle

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 8, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Janet Tapper
Case No:  17-11247-CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

     This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW  Credit Leasing  Ltd., Denise Carlon appearing, upon a motion to vacate the automatic stay as to a vehicle known as 2016 VW Jetta Sedan, VIN # 3VW267AJ9GM408590, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Arnold Schlisserman, Esquire, attorney for Debtor, and for good cause having been shown

     It is **ORDERED, ADJUDGED and DECREED** that as of November 7, 2017, Debtor is due for the December 7, 2017 post-petition payment; and

     It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume December 7, 2017, directly to Secured Creditor (Note: the amount of the monthly payment is subject to change according to the terms of the note); and

     It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

     It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

     It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid outside the plan directly to Secured Creditor no later than December  31, 2017; and

     It is further **ORDERED, ADJUDGED and DECREED** that the motion is hereby resolved.