**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Janet E Tapper | Social Security number or ITIN  xxx–xx–9379 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–11247–CMG | |

## Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Janet E Tapper

3/11/22

**By the court:** Christine M. Gravelle
                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Janet E Tapper  
    Debtor

Case No. 17-11247-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Mar 11, 2022     Form ID: 3180W     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet E Tapper, 168 Arrowwood Ct., Red Bank, NJ 07701-6719 |
| 516603121 | ++++ | CENTRAL CREDIT SERVICES, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, 20 Corporate Hills Dr, Saint Charles, MO 63301 |
| 516603127 | + | Merchants & Medical, 6324 Taylor Dr., Flint, MI 48507-4685 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2022 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2022 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516603120 | + | Email/PDF: bncnotices@becket-lee.com | Mar 11 2022 20:21:02 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 516643550 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2022 20:20:36 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516777775 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2022 20:20:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516661748 | | EDI: CAPITALONE.COM | Mar 12 2022 01:08:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516603123 | + | EDI: WFNNB.COM | Mar 12 2022 01:08:00 | Comenity Bank, Attn Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516603124 | | EDI: DISCOVER.COM | Mar 12 2022 01:08:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 516612516 | | EDI: DISCOVER.COM | Mar 12 2022 01:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516603125 | + | EDI: FSAE.COM | Mar 12 2022 01:08:00 | First Source Advantage, LLC, 205 BryantWoods South, Buffalo, NY 14228-3609 |
| 516603122 | | EDI: JPMORGANCHASE | Mar 12 2022 01:08:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 516603126 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 11 2022 20:14:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516603127 | + | Email/Text: bankruptcy@mermed.com | Mar 11 2022 20:14:00 | Merchants & Medical, 6324 Taylor Dr., Flint, MI 48507-4685 |
| 516603128 | | Email/Text: signed.order@pfwattorneys.com | Mar 11 2022 20:14:00 | Pressler & Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 516603129 | + | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 516780256 | + | Email/Text: bncmail@w-legal.com | Mar 11 2022 20:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516603130 | + | EDI: WTRRNBANK.COM | Mar 12 2022 01:08:00 | Target TD Bank, PO Box 9500, Minneapolis, MN 55440-9500 |
| 516603132 | | Email/Text: vci.bkcy@vwcredit.com | Mar 11 2022 20:14:00 | VW Credit Leasing, LTD, 1401 Franklin Blvd., Libertyville, IL 60048 |
| 516603131 | | Email/Text: vci.bkcy@vwcredit.com | Mar 11 2022 20:14:00 | Volkswagen Credit, 3800 Hamlin Rd., Auburn Hills, MI 48326 |
| 516618331 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 11 2022 20:14:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2022   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Arnold R. Schlisserman | on behalf of Debtor Janet E Tapper aschlisserman@aschlisserman.com aschlisserman@aschlisserman.com;kimberlylrichterllc@gmail.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4